**RECEIVED**

JUL 0 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer Jachetta, on behalf of herself and all others similarly situated,<br>　　　　　　Plaintiff(s),<br><br>　　　　v.<br><br>Risk Management Alternatives Parent Corp. et al<br>　　　　　　Defendant(s). | CASE NO. C 05-01446 RS<br><br>**(Proposed)**<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY**<br>*PRO HAC VICE* |

O. Randolph Bragg , an active member in good standing of the bar of Illinois, among others , whose business address and telephone number is

25 E Washington Blvd Ste 900  Chicago IL 60602

(312) 372-8822 ,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Jennifer Jachetta ,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7-5-05

_____
RICHARD SEEBORG, JEREMY FOGEL
United States District/Magistrate Judge