1  Ronald Wilcox, CA Bar No. 176601
   Attorney at Law
2  2160 The Alameda
   First Floor, Suite F
3  San Jose, CA 95126
   Tel: (408) 296-0400
4  Fax: (408) 296-0486
5
6  O. Randolph Bragg, IL Bar #06221983      **E-filed 8/8/05**
   HORWITZ, HORWITZ & ASSOCIATES
7  25 East Washington, Suite 900
   Chicago, IL 60602
8  Tel: (312) 372-8822
   Fax: (312) 372-1673
9
10 Attorneys for Plaintiff
11
               IN THE UNITED STATES DISTRICT COURT
12          FOR THE NORTHERN DISTRICT OF CALIFORNIA
                      SAN JOSE DIVISION
13
14 JENNIFER JACHETTA                    )
   on behalf of herself and all others  )
15 similarly situated,                  )
                                        )
16                                      )
                    Plaintiff,          )
17                                      )
        v.                              )
18                                      )   No. C05-01446 JF RS
   RISK MANAGEMENT ALTERNATIVES         )
19 PARENT CORP. dba RISK                )
   MANAGEMENT ALTERNATIVES,             )
20                                      )
   STEVE JOHNSON, AND MRS.              )
21 GRAHAM,                              )
                                        )   Date: August 12, 2005
22                                      )   Time: 10:30 a.m.
                                        )
23 _____       )
                    Defendants.         )   JURY TRIAL DEMANDED
24
         JOINT CASE MANAGENT CONFERENCE
25       STATEMENT AND REQUEST FOR CONTINUANCE

1

1  Defendant Risk Management Alternatives has filed chapter 11 bankruptcy. The parties
2  acknowledge any pending motions are stayed in this matter. Pursuant to FRCP 26 Defendants
3  will produce insurance coverage information, but request additional time to do such. Thus, the
4  parties request a continuance of the Case Management Conference to September 16, 2005. After
5  receipt of the insurance information the parties will be in a better position to indicate to the court
6  how they may proceed.
7
8  Date: 8/3/05
9  _____
   Ronald Wilcox, counsel for plaintiff
10 Date: 8/2/2005
11 _____
   John Swenson, counsel for defendants
12
13
14                    [PROPOSED] ORDER
15  The Case Management Conference shall be continued to
16  September 16, 2005 at 10:30.
17
18
19 IT IS SO ORDERED.
20
21 Dated: 8/4/05
22
   /s/electronic signature authorized
23 _____
   HON. J. FOGEL, U.S. District Court Judge
24
25

2