Ronald Wilcox, CA Bar No. 176601
Attorney at Law
2160 The Alameda
First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

O. Randolph Bragg, IL Bar #06221983
HORWITZ, HORWITZ & ASSOCIATES
25 East Washington, Suite 900
Chicago, IL 60602
Tel:  (312) 372-8822
Fax: (312) 372-1673

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| JENNIFER JACHETTA, on behalf of herself and all other similarly situated, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>RISK MANAGEMENT ALTERNATIVES PARENT )<br>CORP. dba RISK MANAGEMENT ALTERNATIVES, )<br>STEVE JOHNSON, AND MRS. GRAHAM, )<br>)<br>Defendants. ) | **No. C05-01446 JF RS**<br><br>Date: September 16, 2005<br>Time:  10:30 a.m. |

**PLAINTIFF'S CASE MANAGEMENT CONFERENCE
STATEMENT AND REQUEST FOR CONTINUANCE**

Defendant Risk Management Alternatives has filed Chapter 11 bankruptcy.  Plaintiff has attempted to meet and confer with defendants regarding the status of such case.  Plaintiff suggests the parties continue to monitor the bankruptcy developments and take whatever action appropriate.  Thus, plaintiff requests a 60-day continuance of the Case Management Conference.

Date: 9/12/05                                /s/Ronald Wilcox
                                             Ronald Wilcox, Counsel for Plaintiff

PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT, REQUEST FOR CONTINUANCE and [PROPOSED] ORDER          Case. No. 05-01446 JF RS                                                                        1

1
2                          **[PROPOSED] ORDER**
3         The Case Management Conference shall be continued to ___December 2, 2005___ at
4   __10:30__.
5
6
    **IT IS SO ORDERED.**
7
8   **Dated:** __9/15/05__
9
    /s/electronic signature authorized
10  _____
    **HON. J. FOGEL, U.S. District Court Judge**
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT, REQUEST FOR CONTINUANCE and          2
[PROPOSED] ORDER            Case. No. 05-01446 JF RS