Ronald Wilcox, CA Bar No. 176601
Attorney at Law
2160 The Alameda
First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

**E-filed 11/29/05**

O. Randolph Bragg, IL Bar #06221983
HORWITZ, HORWITZ & ASSOCIATES
25 East Washington, Suite 900
Chicago, IL 60602
Tel:  (312) 372-8822
Fax: (312) 372-1673

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JENNIFER JACHETTA, on behalf of herself and all other similarly situated, | **No. C05-01446 JF RS** |
| Plaintiff, | Date: December 2, 2005 |
| v. | Time: 10:30 a.m. |
| RISK MANAGEMENT ALTERNATIVES PARENT CORP. dba RISK MANAGEMENT ALTERNATIVES, STEVE JOHNSON, AND MRS. GRAHAM, | |
| Defendants. | |

## PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT AND REQUEST FOR CONTINUANCE

Defendant Risk Management Alternatives has filed Chapter 11 bankruptcy.  The plaintiff has been unable to reach John Swenson, Defendants' counsel.  Plaintiff requests a 60-day continuance of the Case Management Conference.

Date: 11/21/05         /s/Ronald Wilcox
                       Ronald Wilcox, Counsel for Plaintiff

PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT, REQUEST FOR CONTINUANCE and [PROPOSED] ORDER         Case. No. 05-01446 JF RS         1

1 **[PROPOSED] ORDER**

2 The Case Management Conference shall be continued to __1/27/06__ at

3 __10:30__.

4

5 **IT IS SO ORDERED.**

6

7 **Dated:** __11/29/05__

8 /s/electronic signature authorized

9 **HON. J. FOGEL, U.S. District Court Judge**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT, REQUEST FOR CONTINUANCE and [PROPOSED] ORDER      Case. No. 05-01446 JF RS

2