**E-filed 1/24/06**

Ronald Wilcox, CA Bar No. 176601
Attorney at Law
2160 The Alameda
First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

O. Randolph Bragg, IL Bar #06221983
HORWITZ, HORWITZ & ASSOCIATES
25 East Washington, Suite 900
Chicago, IL 60602
Tel:  (312) 372-8822
Fax: (312) 372-1673

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| JENNIFER JACHETTA, on behalf of herself and all other similarly situated, | **No. C05-01446 JF RS** |
| Plaintiff, | Date: January 27, 2006 |
| v. | Time:  10:30 a.m. |
| RISK MANAGEMENT ALTERNATIVES PARENT CORP. dba RISK MANAGEMENT ALTERNATIVES, STEVE JOHNSON, AND MRS. GRAHAM, | |
| Defendants. | |

### PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT AND REQUEST FOR CONTINUANCE

Defendant Risk Management Alternatives has filed Chapter 11 bankruptcy.  Plaintiff has attempted to contact bankruptcy counsel to discuss the status (including twice this week).  Defendants' counsel has failed to respond.  Plaintiff requests a continuance of the CMC to March 10, 2006.

Date: 1/20/06                                   /s/Ronald Wilcox
                                                Ronald Wilcox, Counsel for Plaintiff

PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT, REQUEST FOR CONTINUANCE and [PROPOSED] ORDER            Case. No. 05-01446 JF RS                                             1

1
2
3   **[PROPOSED] ORDER**
4   The Case Management Conference shall be continued to __3/10/06_____ at
5   _10:30 A.M_.
6
7   **IT IS SO ORDERED.**
8
9   **Dated:** __1/24/06_
10  _____
11  **HON. J. FOGEL, U.S. District Court Judge**
12
13
14
15
16
17
18
19
20
21
22
23
24
25