**E-filed 5/10/06**

1  Ronald Wilcox, CA Bar No. 176601
   Attorney at Law
2  2160 The Alameda
   First Floor, Suite F
3  San Jose, CA 95126
   Tel: (408) 296-0400
4  Fax: (408) 296-0486
5
6  O. Randolph Bragg, IL Bar #06221983
   HORWITZ, HORWITZ & ASSOCIATES
7  25 East Washington, Suite 900
   Chicago, IL 60602
8  (312) 372-8822
9
10 Attorneys for Plaintiffs
11
                IN THE UNITED STATES DISTRICT COURT
12              FOR THE NORTHERN DISTRICT OF CALIFORNIA
                        SAN JOSE DIVISION
13

| | |
|---|---|
| JENNIFER JACHETTA on behalf of herself and all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) **NOTICE OF VOLUNTARY** ) **DISMISSAL** ) |
| v. | ) **No. 05-01446 JF RS** ) |
| RISK MANAGEMENT ALTERNATIVES, and MRS. GRAHAM, | ) ) ) |
| Defendants. | ) **JURY TRIAL DEMANDED** |

Defendant has filed chapter 11 bankruptcy. Plaintiff voluntarily dismisses the herein action.

Sincerely,

/s/Ronald Wilcox
Ronald Wilcox

5/4/06 IT IS SO ORDERED.   Judge Jeremy Fogel, US District Court